IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MOQUISHA BEARD, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:13-cv-4669-K |
| | § | |
| BRIAN YAMANE, ET AL., | § | |
| | § | |
| Defendants. | § | |

## ORDER

The United States Magistrate Judge made findings, conclusions, and recommendations in this case. Plaintiff filed a Motion for Reconsideration on February 6, 2014, which the Court treats as objections to the findings, conclusions and recommendations of the United States Magistrate Judge. The District Court has made a *de novo* review of those portions of the proposed findings, conclusions, and recommendation to which objection was made. The **OBJECTIONS** are overruled, and the Court ACCEPTS the Findings, Conclusions and Recommendations of the United States Magistrate Judge.

SO ORDERED

Signed February 11th, 2014.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE